U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: 08 CV 1537 |
|---|---|

Trustees of the Automobile Mechanics' Industry Welfare and Pension Funds Local 701,
v.
Joyce Ford, Inc., an Illinois Corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

JOYCE FORD, INC.

| | |
|---|---|
| NAME (Type or print) <br> Scott D. Stephenson | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Scott D. Stephenson | |
| FIRM <br> Litchfield Cavo LLP | |
| STREET ADDRESS <br> 303 West Madison Street, Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60606-3300 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6194764 | TELEPHONE NUMBER <br> (312) 781-6670 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |